# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**

City: Madison
County/Parrish: Dane

**Related Case Information:**

Superseding: 
Same Defendant: 
Docket Number: 
New Defendant: 
Magistrate Judge Case Number: 25-mj-148-amb
Search Warrant Case Number: 
R20 / R40 from the District of: 

**Defendant information:**

Matter to be Sealed: Yes ☐  No ✓

Def. Name: Christian Erazo Valdez
Alias Name: 
City/State: Pedro V. Maldonado Ecuador
Year of Birth: 2004
Last 4 digits of SSN: 
Sex: Male
Race: 

**U.S. Attorney Information:**

AUSA: WILLIAM M. LEVINS
Bar #: 
Interpreter: No ☐ Yes ☐
List language and/or dialect: 

**Location Status:**

Arrest Date: 
Already in Federal Custody as of: ___ in ___
Already in State Custody
On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1
☐ Petty   ✓ Misdemeanor   ☐ Felony
☐ Class A
☐ Class B
☐ Class C

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| Set 1: 18 U.S.C. § 611(a) | Unlawful Voting by an Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |

Date: October 6, 2025
Signature of AUSA: /s/ WILLIAM M. LEVINS