IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. 25-mj-148-amb |
| CHRISTIAN ERAZO VALDEZ, | 18 U.S.C. § 611(a) |
| Defendant. | |

---

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

On or about November 5, 2024, in the Western District of Wisconsin, the defendant,

CHRISTIAN ERAZO VALDEZ,

an alien, knowing he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the offices of President and Vice President.

(In violation of Title 18, United States Code, Section 611(a)).

10/06/2025
Date

CHADWICK M. ELGERSMA
Acting United States Attorney