

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

November 25, 2025

Attorney Alex Vlisides
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, WI 53703

> Re:    *United States of America v. Christian Erazo-Valdez*
>          Case No: 25-mj-148-amb

Dear Attorney Vlisides:

Enclosed please find a USB drive containing discovery in this case. As noted on the device, this USB drive is the property of the U.S. Attorney's Office. At your earliest convenience, please return the USB drive to the U.S. Attorney's Office, attention Bridget Fitzgerald. The discovery is listed on the provided discovery log. The Bates labeling ranges from ERAZO-VALDEZ_000001 to ERAZO-VALDEZ_000072.

The enclosed materials and any future discovery provided to you which may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to future discovery requests beyond the scope of its obligations.

**Request for Reciprocal Discovery**

With this letter, the government requests all reciprocal discovery to which it is entitled under Federal Rules of Criminal Procedure 16(b) and (c) and 26.2, including, but not limited to:

1.    Inspection and/or copies of all books, papers, documents, photographs, tangible objects, or portions thereof in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in his case-in-chief at trial.

November 25, 2025
Page 2

     2.     Inspection and/or copies of the results of any reports of physical or mental examinations and of scientific tests or experiments made in connection with the above-entitled case within the possession or control of the defendant which the defendant intends to introduce as evidence in his case-in-chief at trial or which have been prepared by a witness whom the defendant intends to call at trial.

     3.     Inspection and/or copies of all statements made by all witnesses whom the defendant intends to call at trial.

**Notice of Audio/Visual Evidence**

This letter will serve as notice that, should the case proceed to trial, the United States intends to introduce in its case-in-chief, the audio and video evidence disclosed herein and in subsequent discovery productions. Moreover, the United States reserves its right to use any audio/video evidence provided to you in discovery for rebuttal or cross-examination.

**Request for Notice of Defenses**

The Government also requests notice of any intention of your client to rely on an entrapment defense or a defense involving mental condition or duress, and/or an alibi defense for charged offenses.

If you have any questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

CHADWICK M. ELGERSMA
Acting United States Attorney

By: /s/
WILLIAM M. LEVINS
Assistant United States Attorney

Enclosure