UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

     Plaintiff,

     v.                                      Case No. 25-mj-148-amb

CHRISTIAN ERAZO VALDEZ,

     Defendant.

---

### UNOPPOSED MOTION TO STRIKE TRIAL SCHEDULE

Christian Erazo Valdez, by counsel, moves to strike the September 14, 2026 trial date and all associated deadlines and requests that the Court set a status teleconference for the parties to reschedule dates. The government, through Assistant United States Attorney Max Levins, does not oppose this motion. As discussed further below, this change is appropriate as a result of the schedule set by this Court in another case where the Court is addressing a substantially identical motion to dismiss, *United States v. Tejeda Murillo*, 26-mj-4-amb (W.D. Wis. 2026).

In both this case and *Tejeda Murillo*, this Court is addressing a pending motion to dismiss the single count information charging a violation of 18 U.S.C. § 611. In *Tejeda Murillo*, this Court recently ordered briefing by an amicus curiae due July 31, responsive briefing by the parties due August 14, and oral argument on

August 21. At the June 23 teleconference, the Court indicated it anticipated ruling on the motion in September. The Court will surely utilize this additional briefing and argument in deciding Valdez's motion as well.

The current trial schedule does not accommodate this timeline. Final pretrial submissions are currently due August 28, just 7 days after oral arguments. For the parties and the Court to have an opportunity to address the pending motion, the trial date and associated deadlines should be struck.

This is a misdemeanor case. Valdez is on pretrial release, has had no violations, and the government does not object to his continued release.

For these reasons, this unopposed continuance will serve the interests of justice and the time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

Dated at Madison, Wisconsin, this 6th of July, 2026.

Respectfully submitted,

Christian Erazo Valdez, Defendant

*/s/ Alex P. Vlisides*
Alex P. Vlisides

FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Alex_vlisides@fd.org