IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTIAN ERAZO VALDEZ,

Defendant.

OPINION and ORDER

25-mj-148-amb

---

Defendant Christian Erazo Valdez is charged with one count of voting unlawfully in a presidential election as a noncitizen in violation of 18 U.S.C. § 611(a). Dkt. 2. He moves to dismiss the information on the grounds that the statute is unconstitutional on its face and as applied to him. Dkt. 20 & Dkt. 29. The court addressed and accepted the argument that the statute was unconstitutional as applied to the defendant in *United States of America v. Alan Savier Tejeda Murillo*, Case No. 26-mj-4-amb. Because defendant Erazo Valdez is also alleged to have voted unlawfully in the State of Wisconsin, the court will grant his motion to dismiss for the reasons stated in its November 6, 2026, order granting defendant Tejeda Murillo's motion seeking the same relief. *See* Case No. 26-mj-4-amb, Dkt. 45.

ORDER

IT IS ORDERED that:

1. Defendant Christian Erazo Valdez's motion to dismiss the information, Dkt. 20, is GRANTED and the information is DISMISSED.

2. The government may appeal this ruling to a district court judge in compliance with Federal Rule of Criminal Procedure 58(g)(2)(A) and 18 U.S.C. § 3731.

Entered November 6, 2026.

BY THE COURT:

/s/

ANITA MARIE BOOR
Magistrate Judge